UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| ART AADLAND and ELLEN AADLAND,<br><br>Plaintiffs,<br><br>vs.<br><br>MIDWEST FAMILY MUTUAL<br>INSURANCE,<br><br>Defendant. | CIV. 14-4109<br><br><br>**JOINT MOTION FOR DISMISSAL<br>WITH PREJUDICE** |

Plaintiffs, Art Aadland and Ellen Aadland, by and through their counsel of record,

Michael L. Luce and Lynn, Jackson, Shultz & Lebrun, P.C., and Defendant, Midwest Family

Mutual Insurance, by and through its counsel of record, Eric C. Schulte and Davenport, Evans,

Hurwitz and Smith, L.L.P., hereby move the Court to enter an Order that reflects the following:

(1) That the parties jointly move for dismissal of this action, with prejudice, with each

party to bear its own costs, expenses, and attorneys' fees; and

(2) That the parties further agree that a Judgment of Dismissal in accordance with this

Motion may be entered by the Court without further notice to any party or hearing

thereon.

Dated at Sioux Falls, South Dakota, this __13__ day of November, 2015.

LYNN, JACKSON, SHULTZ & LEBRUN, PC

_____
Michael L. Luce
110 N Minnesota Ave., Suite 400
P.O. Box 2700
Sioux Falls, SD 57101-2700
Telephone: (605) 332-5999
Facsimile: (605) 332-4249
E-mail: mluce@lynnjackson.com
*Attorneys for Plaintiffs*

1

Dated at Sioux Falls, South Dakota, this _18_ day of November, 2015.

DAVENPORT, EVANS, HURWITZ &
SMITH, L.L.P.

Eric C. Schulte
206 West 14th Street
P.O. Box 1030
Sioux Falls, SD 57101-1030
Telephone:  (605) 336-2880
Facsimile:  (605) 335-3639
E-mail:  eschulte@dehs.com
*Attorneys for Defendant*

2