**FILED**
NOV 18 2015

CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

*******************************************************************

| | | |
|---|---|---|
| ART AADLAND and ELLEN AADLAND, | * * * | CIV 14-4109 |
| Plaintiffs, | * * | |
| vs. | * * | JUDGMENT OF DISMISSAL |
| MIDWEST FAMILY MUTUAL INSURANCE COMPANY, | * * * | |
| Defendant. | * * | |

*******************************************************************

Based upon the Joint Stipulation of Dismissal with Prejudice, Doc. 20, it is hereby,

ORDERED, ADJUDGED AND DECREED that the Plaintiff's Complaint and causes of action are hereby dismissed on the merits, with prejudice, each party to bear his or its own costs and fees, except as otherwise agreed to by the parties.

Dated this 18th day of November, 2015.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
BY: Summer Weber
    Deputy